# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

October 3, 2023

**VIA ECF**
Hon. Ramon E. Reyes, Jr., U.S.M.J.
United States District Court Eastern District of New York
225 Cadman Plaza East
Room 1217S
Brooklyn, NY 11201-1804

      *Re:*    **Plaza Motors of Brooklyn, Inc.,** *et al.* **v. Bogdasarov, et al.**
             **Case No.: 21-6545 (KAM)(RER)**

Dear Judge Reyes:

      This firm represents the Plaintiffs in the above-referenced case. The parties respectfully submit the enclosed proposed protective order which they request that the Court so order.

                                        Respectfully submitted,

                                        /s/ Jamie S. Felsen


cc: All counsel of record (via ECF)