UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PLAZA MOTORS OF BROOKLYN, INC., and
CRYSTAL BAY IMPORTS, LTD.,

                                   Civil Case No.: 21-6545 (KAM)(RER)

                    Plaintiffs,           **STIPULATION OF DISMISSAL**

     -against-

ANDRON RANDALL, DERRENCE RANDALL,
and CHEAPLEASE, INC.,

                   Defendants.
-----------------------------------------------------------------x

       IT IS HEREBY STIPULATED that this action, including all asserted claims, has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other.

       This Stipulation may be filed with the Court without further notice to any party.

Dated: March __, 2024

_____
Jamie S. Felsen, Esq.
Milman Labuda Law Group PLLC
Attorneys for Plaintiff
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042

_____
Camille Russell, Esq.
Law Office of Camille Russell, P.C.
Attorneys for Defendant Derrence Randall
400 Post Ave.
Westbury, NY 11590

_____
Hilda E. Quinto, Esq
Quinto & Associates P.C
Attorneys for Defendant Cheaplease
40-28 Junction Blvd
Corona, NY 11368

SO ORDERED:

_____
Honorable Kiyo A. Matsumoto, U.S.D.J.
5/1/2024

                                6